In the United States District Court

for the __MIDDLE_____ District of __ALABAMA__

RECEIVED
2005 NOV 28 P 2:23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States of America

v.

__JENNIFER NICOLE WHITE__

Criminal No. 1:05cr276-T

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __JENNIFER NICOLE WHITE__, defendant, have been informed that an __Information__ ~~(indictment,~~ ~~information, complaint)~~ is pending against me in the above designated cause. I wish to plead __GUILTY__ (*guilty,* ~~*nolo contendere*~~) to the offense charged, to consent to the disposition of the case in the __SOUTHERN__ District of __MISSISSIPPI__ in which I __AM HELD__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __April 26__, 19__2005__ at __3:00 PM__

_Jennifer White_
(Defendant)

_____
(Witness)

_[signature]_
(Counsel for Defendant)

Approved

_[signature]_ AUSA
FOR
DUNN LAMPTON
United States Attorney for the
__SOUTHERN__ District of
__MISSISSIPPI__

_[signature]_
Asst. United States Attorney for the
__MIDDLE__ District of
__ALABAMA__

FORM USA-153
SFP 82